# Exhibit B

6/2/25, 12:56 PM Counter-notification received regarding a takedown notice you submitted to Reddit - Rom Bar-Nissim - Outlook

Case 2:25-cv-05564 Document 1-2 Filed 06/19/25 Page 2 of 4 Page ID #:85

 Outlook

# Counter-notification received regarding a takedown notice you submitted to Reddit

| | |
|---|---|
| **From** | Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com> |
| **Date** | Wed 1/15/2025 7:08 AM |
| **To** | Rom Bar-Nissim <rom@heahbarnissim.com> |

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

**Reddit Admin Team** (Reddit Support)
Jan 15, 2025, 07:08 PST

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Details of the counter notification and original DMCA notice are copied below, for your review.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
October 18, 2024 at 11:58

Blimp Up 0d <blimp.up.0d@icloud.com>

Copyright - Electronic signature
Michael Anderson

6/2/25, 12:56 PM                    Counter notification received regarding a takedown notice you submitted to Reddit - Romage Nissim - Outlook

Case 2:25-cv-05564    Document 1-2    Filed 06/19/25    Page 3 of 4    Page ID #:86

Counter Notification - counter explanation

Instance 1: This post contained a clip from a publicly available YouTube stream. The clip's duration was

approximately 1-3 minutes, which falls well within the parameters of Fair Use. As such, we contend that this

post should not have been removed for copyright infringement.

Instance 2: This post consisted solely of a direct link to H3's official YouTube channel, not to any specific

video. Providing a link to an official channel or video to direct users to content through authorized means

does not constitute copyright infringement. This removal is equivalent to a television network suing a

newspaper for publishing their official programming schedule or announcing an upcoming premiere. Such

actions are not only standard practice in media but are typically welcomed as free publicity. Just as a TV

listing directs viewers to official content without reproducing it, our link simply guided users to H3's

authorized YouTube channel. Removing this link is as nonsensical as penalizing a publication for informing

its readers about where and when they can legally access content.

We believe both posts were removed erroneously and should be reinstated. We kindly request your review

of this matter and look forward to your response.

Counter Notification - requester's full name

Michael Anderson

Counter Notification - Reddit URL(s)

Instance 1:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Instance 2:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

Blimp Up 0d October 18, 2024 at 11:58

Hello Reddit Admins,

We are writing to contest the removal of two posts from our subreddit under alleged copyright claims. We

respectfully request that you review these posts, reinstate them, and provide information about the party filing

these removal requests. We believe these reports may have been filed by fans rather than the legitimate

copyright holder.

6/2/25, 12:56 PM
Counter-notification received regarding a takedown notice you submitted to Reddit - Romage Nissim - Outlook

Case 2:25-cv-05564    Document 1-2    Filed 06/19/25    Page 4 of 4    Page ID #:87

[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.