# Exhibit C

6/2/25, 12:57 PM Second counter-notification received regarding a takedown notice you submitted to Reddit - Rom Bar-Nissim - Outlook

Case 2:25-cv-05564 Document 1-3 Filed 06/19/25 Page 2 of 3 Page ID #:89

 **Outlook**

## Second counter-notification received regarding a takedown notice you submitted to Reddit

**From** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>
**Date** Tue 3/18/2025 4:47 AM
**To** Rom Bar-Nissim <rom@heahbarnissim.com>

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

**Reddit Admin Team** (Reddit Support)
Mar 18, 2025, 04:47 PDT

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you recently submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/removed_by_reddit/?share_id=7WRhwjQl4JGwbPghUIlrx

Details of the counter notification and original DMCA notice are copied below, for your review.

Personal information has been redacted for privacy purposes, but is available in response to a subpoena under 512(h) or FRCP 45 in a pending action.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
December 5, 2024 at 19:09

Requester
aobri4@brockport.edu

Counter Notification - counter explanation

6/2/25, 12:57 PM
Second counter-notification received regarding a takedown notice you submitted to Reddit - rogr.bat-hisson - Outlook

Case 2:25-cv-05564    Document 1-3    Filed 06/19/25    Page 3 of 3    Page ID #:90

This was an abuse of the fair use system. This subreddit has also been mercy to many bad faith brigades

recently, so I do not believe that this appeal was filed by the actual copyright owner. Even so, it would still

be allowed under fair use.


Counter Notification - Reddit URL(s)

https://www.reddit.com/r/h3snark/s/GUahLZ4h70


[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.