# Exhibit H



Skip to main content r/h3snark Search in r/h3snark Create 2

r/h3snark • 15 min. ago
h3snarkmodteam QuietFairy Stan Top 1% Commenter

# Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread

Megathread

Places to watch reactions to this video:

- **Denims (Twitch) | Link** *(LIVE NOW)*
- **Frogan (Twitch) | Link** *(LIVE NOW)*
- **SeanDaBlack (Twitch) | Link** *(LIVE NOW)*
- **Central Committee/Mike from PA (Twitch) | Link** *(LIVE NOW)*
- **Hallucinogender0g (Twitch) | Link** *(LIVE NOW)*
- North Star Radio/Comrade Casey (Twitch) | Link *(GOING LIVE SOON)*
- Uninformed Leftist (YouTube). | Link *(Live but not reacting yet))*
- Kaceytron (Twitch) | Link *(Live but not reacting yet)*
- Do Not Worry Podcast (YouTube) | Link (not reacting yet)

59 187 Share

Add a comment

Sort by: Best Search Comments

**Gooey_Goon** • 12m ago • Edited 4m ago

Seems like this is just a red scare video, but presented by somebody with literally zero political knowledge while being completely ignorant, it's almost like a highlight real of best hits if you know anything about what Hasan is saying 🫢

109 Reply Share ···

**dblspider1216** • 10m ago
ethan's underpaid and overworked attorneys

yup

14 Reply Share ···

**srfolk** • 7m ago

McCarthyism is back, baby!

Vote Reply Share ···

**Emotional-Day-4425** • 5m ago
Hasan's fruit basket from Hamas 🍉

which ironically was kinda infamously antisemitic. 😭 😭

Vote Reply Share ···

**Aggravating-Unit37** • 3m ago

Making it beyond ironic to start with an Oppenheimer clip

Vote Reply Share ···

2 more replies

Skip to main content

Create

He's trying to do the old school h3h3 commentary way past his prime. He looks and sounds like a husk of himself. This is actually so cringe I can't watch

94 Reply Share

**Jessica_genericuser** • 10m ago
Hamas would kill me on the spot

God he talks like he's trying not to wake the kids

Vote Reply Share

**Law-n-order-** • 10m ago

Truly so hard to watch

12 Reply Share

**Capable-Push-7236** • 7m ago

Yes this is exactly how i feel watching it on denims stream rn. Its so fucking cringe

Vote Reply Share

1 more reply

**Extreme_Fox6658** • 11m ago

Ethan saying Hasan "presents himself as a left leaning democrat" is FUCKING INSANE

95 Reply Share

**dblspider1216** • 9m ago
ethan's underpaid and overworked attorneys

I audibly yelled in my office

Vote Reply Share

**Neither_Wall_9907** • 9m ago
finally fallen Top 1% Commenter

WHAT

Vote Reply Share

1 more reply

**there_is_always_more** • 3m ago
in a nature setting, to be conquered

Honestly this alone should let people know how out of his depth Ethan is with anything related to politics & history

Vote Reply Share

**tm1822** • 11m ago

Ethan genuinely thinks people fear communism like it's the 1950s

84 Reply Share

**tm1822** • 10m ago

OH MY GOD... this is going to show how badly informed he is on politics omg no wonder Dan hated it.

48 Reply Share

**tm1822** • 9m ago

Oh guys, this is bad. Like I thought it was going to be bad, but this is genuinely laughable and embarrassing.

Vote Reply Share

Skip to main content

+ Create 2

bad faith

Vote Reply Share ···

2 more replies

1 more reply

**jesuisunaltre** • 6m ago

It's hilarious. He's made a McCarthy take down video of a leftist in 2025.

Vote Reply Share ···

**stevedoz** • 13m ago

The nuke alerted me that I was still subscribed to the h3h3productions channel. They have so many forgotten subs on there.

67 Reply Share ···

**h3snarkmodteam** OP • 12m ago
QuietFairy Stan · Top 1% Commenter

subscriber nuke!

46 Reply Share ···

3 more replies

**dinergirl365** • 11m ago
Hater Ass Bitch

He's doing red scare stuff please 😭 😭 😭

50 Reply Share ···

**kingbugdust** • 9m ago

No this is so silly were about to be hit with an hour & 40 minutes of Regan Era moralizing

Vote Reply Share ···

**Extreme_Fox6658** • 12m ago

I'm watching along with Denims....this shit is already so cringeworthy. And right on the heels of another transphobic Ethan rant? Incredible.

101 Reply Share ···

**BaronBatchlerX** • 11m ago

Denims Watch Party!

22 Reply Share ···

**ErinysFuriae** • 7m ago
Dan thinking he's the smartest person in the room



Skip to main content

Create

ME TOO GIF

Vote Reply Share ···

**Gooey_Goon** • 4m ago

Literally within the same hour of him screaming at a female employee till she left just because she pointed out he MIGHT be using the wrong pronouns

Vote Reply Share ···

**crushingonhollyshort** • 7m ago

Watching on denims' stream rn too!!! 😓 💖

Vote Reply Share ···

**Lintopher** • 4m ago

I didn't watch the pod, what was the rant?

Vote Reply Share ···

**Seymour--ass** • 11m ago
a habitually sullen person

fact check: hasan has never called himself a left leaning democrat LOL

48 Reply Share ···

**flownintothesyn** • 12m ago

This shit is so cringe I cant.

39 Reply Share ···

**yomeniester** • 8m ago • Edited 7m ago

Lies Counter: 2

- Hasan never introduced himself as a Social Democrat
- Hasan never said reeducation camps

Vote Reply Share ···

**Seymour--ass** • 7m ago
a habitually sullen person

please keep this updated lol this is sad

Vote Reply Share ···

2 more replies

**PearlUnicorn** • 6m ago
that moron ethan klein Top 1% Commenter

Accusing Hasan of this when our president and our potentially next HHS leader have actually made these kinds of statements is bizarre.

Vote Reply Share ···

**MobileOk2676** • 2m ago

Skip to main content

Create

Vote    Reply    Share

**Confusionitus** • 11m ago

I'm 2 mins in and my jaw is on the floor. This is what we waited for? This is fucking embarassing

34    Reply    Share

**More-Tea-2904** • 11m ago

oh this is a legitimate narcissistic meltdown … he is trying SO hard to spin the narrative i dont know what i was expecting

32    Reply    Share

**foodiefrankie** • 12m ago

the manufactured charisma editing is killing me

27    Reply    Share

**Ok-Pianist9407** • 11m ago
Top 1% Commenter

I'm watching along with denims. It's so stiff and cringe with 2012 "quality" style edits. The content thus far is anti communist bullshit too, that's the angle he's going

27    Reply    Share

1 more reply

**CowsAreCurious** • 10m ago
ethan's a grifter

Why does he keep saying that Hasan is a social democrat? Hasan never presented himself that way.

"reeducation camps" good lord this whole thing is gonna be done in bad faith. Gonna be a long 2 hours.

Vote    Reply    Share

4 more replies

**Emergency_Night_145** • 11m ago

the oppenheimer clip right into the unironic 'patriotism' montage…instant KO. i might be out

23    Reply    Share

1 more reply

**Particular_Willow234** • 9m ago
I'm objectively right 🤓

im with denims rn, who you watching? 🙈

Vote    Reply    Share

4 more replies

**TheCartTitan** • 7m ago

Is he seriously trying to assassinate a former friend's character with a red scare video with a pro-American slant? Ain't no fucking way bro

Vote    Reply    Share



Skip to main content

Create

2

Vote Reply Share ···

PearlUnicorn • 5m ago
that moron ethan klein Top 1% Commenter

I think it was North Star Radio?

Vote Reply Share ···

TheCartTitan • 4m ago

We've been saying it lol it was so obvious

Vote Reply Share ···

linalbm • 12m ago

Already cringing 😬

17 Reply Share ···

tm1822 • 7m ago

The timing of Ethan harping on Hasan's politics while Hasan plans on going to the Japan's Communist Party HQ lol.

Vote Reply Share ···

Lintopher • 10m ago

Hahaha he literally is throwing the America Deserved 9/11 in the opening scenes... what a disingenuous piece of shit.

Vote Reply Share ···

frogkisses- • 9m ago

1 minute in I got a bingo on my content nuke bingo card 😭

Vote Reply Share ···

Toejamatheltesfoot • 7m ago

THE COMMUNISTS ARE COMING!! Really, he's doing this?

Vote Reply Share ···

srfolk • 9m ago

Politically illiterate

Vote Reply Share ···

KliffM • 7m ago

Wait, is this red scare propaganda? Omg lmao this is hilarious!

Vote Reply Share ···

aprilorwhatever • 9m ago

Alright this is so ridiculous can't even watch the streamers' reactions to it cause it's just too stupid so bye

Vote Reply Share ···

Skip to main content

Create

Mr. "is that the gay one" himself who doesn't know what Roe v. Wade is....fucking incredible. Speak more on socialism, king!

Vote    Reply    Share

**GoodJoeBR2049** • 8m ago
*h3 fan's undeveloped frontal cortex*

funny to make a video warning of "communism" when the US is alarmingly becoming fascist

Vote    Reply    Share

**MobileOk2676** • 1m ago

This man spent months making a red scare era propaganda piece about a Twitch streamer while actual fascists take over the entire government

Vote    Reply    Share

**Ok-Pianist9407** • 8m ago
Top 1% Commenter

I REALLY hope Hasan doesn't react to this

Vote    Reply    Share

**Capable-Push-7236** • 8m ago

BRO THIS IS SO CRINGE, this is his big nuke?

Vote    Reply    Share

**lionswolf** • 7m ago
"Hasan's 🍆 must taste pretty good"

he is so politically illiterate helppppppppp

Vote    Reply    Share

**Prestigious-Menu-966** • 6m ago

ITS SO BAD he sounds like he was researching his old vids to try to recreate that style but it's so stiff and awkward LMAO it def is hilarious tho, if Ethan is the joke

Vote    Reply    Share

**Confusionitus** • 6m ago

Ethan wants to say that Hasan is denying genocide but Ethan still calls what's happening in gaza a "war"

Vote    Reply    Share

**Lintopher** • 8m ago

Opening scenes having "communism bad guys" like a propagandist of the 80s.

Vote    Reply    Share

**Ok-Pianist9407** • 4m ago
Top 1% Commenter

Oh god it's so boring. Just clips of leftovers

Vote    Reply    Share





Skip to main content

+ Create 2

9 Reply Share ...

**coastdawgent** • 3m ago

This man misunderstood the difference between progressive democrats and leftists / anti-capitalists and has made it everyone's problem for 2 years.

His INTRO is that he perceived Hasan as a "left-leaning Democrat"?????

Vote Reply Share ...

**Seymour--ass** • 9m ago
a habitually sullen person

bro is this a joke?? lol

Vote Reply Share ...

**Seymour--ass** • 9m ago
a habitually sullen person

like denims said this is giving high school project

Vote Reply Share ...

**dblspider1216** • 1m ago
ethan's underpaid and overworked attorneys

spot-on accurate

Vote Reply Share ...

**chipyip** • 9m ago

Such disingenuous bullshit lmao anyone who takes this seriously is a brainlet.

Ethan is so dumb it's unbearable.

Vote Reply Share ...

**Seymour--ass** • 8m ago
a habitually sullen person

fact check: clipping hasan out of context on crimea lol

Vote Reply Share ...

**PearlUnicorn** • 5m ago
that moron ethan klein Top 1% Commenter

I'm not on the actual video, are comments still on?

Vote Reply Share ...

**BallDontLieEB** • 10m ago

This is worse than I thought it would be. Holy shit

14 Reply Share ...

**foodiefrankie** • 11m ago

also i feel like an 8 year old with the way i cannot pay attention to this video's pacing lmfao

7 Reply Share ...

Skip to main content

Create

**More-Tea-2904** • 9m ago

i didn't know we'd end up catching a glimpse into ethan's mind this is too much

Vote Reply Share ...

**Remember-Earths-Past** • 9m ago
"Hasan's 🐓 must taste pretty good"

Lmfao this is just straight fellating America

Vote Reply Share ...

**rickynewthings** • 7m ago

ITS giving high school project.

Vote Reply Share ...

**Law-n-order-** • 6m ago

Is he going to talk like this for the entire video? Literally unwatchable

Vote Reply Share ...

**More-Tea-2904** • 5m ago

why is he acting like the viewers will have 0 context ??? as if any progressive person will see this and take the h3 pill? who is this made for...

Vote Reply Share ...

1 more reply

**BedroomPristine1611** • 4m ago

this is like mccarthy era shit

Vote Reply Share ...

**Seymour--ass** • 4m ago
a habitually sullen person

bro ethan is the target audience for shen yun!!

Vote Reply Share ...

**honeyncinnamon** • 3m ago
debate Sam Seder

Denims is so right, the editing is giving high school YouTube presentation. And all the gotchas so far are not being backed up at all, it's just clips of Hasan saying things out of context and no historical background

Vote Reply Share ...

**honeyncinnamon** • 3m ago
debate Sam Seder

I can't stress how much i hate his editing style. It was funny in 2016 but now it's so amateur and annoying

Vote Reply Share ...

**kingbugdust** • 3m ago

I dont know how to explain it but this is actually making me sad for ethan... im having genuine second hand embarrassment so severely that its making me feel sad that he's at this place mentally & has no one around him to say maybe dont post this?

1/31/25, 1:59 PM  Case 2:25-cv-05564   Document 1-8   Filed 06/19/25   Page 11 of 17   Page ID #:117
Ethan Klein's content nuke on Hasan Piker | H3 Snark Megathread : r/h3snark



same, a part of me feels kind of let down, i feel like up until this point i had a sliver of hope for him to get better but seeing this im realising it's far too late

**BibliophileMafia** • 3m ago • Edited 1m ago

You know, Ethan is so deranged in this video, I really think Hasan needs to get a restraining order against Ethan for his own safety at this point.

**Extreme_Fox6658** • 3m ago

HE DOESN'T EVEN KNOW HOW TO PRONOUNCE UYGHUR!!!!! AHHHHHHHH

> **Unequivocally_Maybe** • 3m ago
> Top 1% Commenter
>
> Wee-gur
>
>> **No-Lynx8771** • 3m ago
>> h3's islamaphobia Olympics   Top 1% Commenter
>>
>> To be fair he can't pronounce his wife's name either
>
> **Extreme_Fox6658** • 2m ago
>
> Dude. Fucking insane how stupid this man is. And he calls himself a "political commentator?" ?!?!?!
>
> I feel like I'm losing my mind. There's no way he spent months on this and didn't even double-check how to pronounce Uyghur.
>
> Mr. "is Roe v. Wade the gay one" strikes again.

**ShamChowder** • 2m ago

Yooo, Hasan is the Alex Jones of the Left!!!

Let's gooooo!!! We're back in 2021!!!

**Ok-Pianist9407** • 2m ago
Top 1% Commenter

China BAD

**Few_Presence_946** • 1m ago

He is pointing to hasan saying stuff that he dont agree but don't have the knowledge to counter and saying: SEEEEEEEE?????? HE IS A COMMIE.

wow. so brave.

https://www.reddit.com/r/h3snark/comments/1ieq74l/ethan_kleins_content_nuke_on_hasan_piker_h3_snark/   10/16







Skip to main content

Create 2

candycorneater • 11m ago

here we go again

6 Reply Share ...

littlelemonpig • 11m ago

It's already managed to give me a concussion wtf

6 Reply Share ...

lavieenbleuciel • 11m ago

WHAT IS GOING ON WHAT AM I WATCHING

6 Reply Share ...

Dreamgus • 9m ago

This is so bad already.

Vote Reply Share ...

deersie • 8m ago
I am Snarkacus!

Re-education CAMPS??! WHAT?!

Vote Reply Share ...

PearlUnicorn • 9m ago
that moron ethan klein Top 1% Commenter

Extrapolation so hard!

Vote Reply Share ...

deersie • 9m ago
I am Snarkacus!

So bad faith right?? What the fuck 🤣

Vote Reply Share ...

kingbugdust • 7m ago

Ethan in his Regan Era

Vote Reply Share ...

chickems • 7m ago
We love our mods, don't we folks

dying of cringe, help

Vote Reply Share ...

Ok-Pianist9407 • 7m ago • Edited 6m ago
Top 1% Commenter

Ethan literally chopped up clips of the footage of Hasan, so he could have clipped that to any context. And nothing he's presented of what Hasan's said is even wrong unless you think anything that's leftist is inherently evil/anti American

Vote Reply Share ...

1 more reply

Skip to main content

Create 2

I already tapped out of Frogan's stream bc it's too cringe lmao this is what he worked so hard on

Vote Reply Share ...

**deersie** • 4m ago
I am Snarkacus!

I'm with Frogan and we're only 7 minutes in... this is legit torturous this can't be all it is for 1:45 LOL

Vote Reply Share ...

**Popular_Pea_3953** • 3m ago

so Ethan now cares about muslims / uyghurs? Wish he felt this way about palestinians as well.

Vote Reply Share ...

**dblspider1216** • 3m ago
ethan's underpaid and overworked attorneys

he has pronounced "uyghur" 5 different ways in the past 2 minutes. no exaggeration.

Vote Reply Share ...

**Capable-Push-7236** • 2m ago

I can't believe he missed taking care of & hanging out with his children for this cringe ass video

Vote Reply Share ...

**8three8three** • 2m ago

this is so crazy that i'm waiting for him to say just kidding at some point and switch to his real points

Vote Reply Share ...

1 more reply

**murdermuffin666** • 1m ago

this video is gonna be so goddamn boring if this is what he's kicking off with

Vote Reply Share ...

**Seymour--ass** • 10m ago
a habitually sullen person

this is so so bad

Vote Reply Share ...

**PearlUnicorn** • 9m ago
that moron ethan klein | Top 1% Commenter

Ethan's acting is so stilted.

Vote Reply Share ...

**No-Lynx8771** • 5m ago
h3's islamaphobia Olympics | Top 1% Commenter

Shen yun mentioned!! Lmao

Vote Reply Share ...

Skip to main content

Create 2

Vote Reply Share ···

**CowsAreCurious** • 2m ago
ethan's a grifter

Kind of hilarious him bringing up the Chinese Uyghurs as if he ever cared about Muslims. Does he only care about Muslims when they aren't Arab?

Vote Reply Share ···

**slimebot_** • 2m ago

I lowkey feel bad bc of how hard he thought he was cooking with this...this is borderline unwatchable for anyone involved in either of these communities, i can't even imagine an average viewer watching this for more than like 5 minutes and he made almost 2 hours of content lmao

Vote Reply Share ···

**Maleficent-Crow-5** • 9m ago

I hope you guys aren't busy giving him views

Vote Reply Share ···

**Seymour--ass** • 8m ago
a habitually sullen person

watching via Denims' stream!

Vote Reply Share ···

4 more replies

**Any_Bee_5918** • 2m ago
Palestinian Compilation Queen PS Top 1% Poster

This is very unrelated and unnecessary but I don't like how there's no like- sounds lol. I feel like i expect some kind of dark ominous music when it comes to "expose" videos like this, but it's literally just us listening to him rant in his basement 😂

Vote Reply Share ···

**More-Tea-2904** • 1m ago

it makes it so much more unhinged i swear

Vote Reply Share ···

**interactivecdrom** • 2m ago

i scrubbed through and this whole thing is boring. he also body shamed mike from PA which is just really gross and lame.

Vote Reply Share ···

1 more reply

**jbouf** • 1m ago

Im listening to denims and it's sounding like he got his research from the US state department and they gave him $50 to do some propaganda for them. Anyone above high school age with knowledge of any basic world history and politics is going to demolish this clown after this video and we're barely in 😂 😭 💀

Vote Reply Share ···

Skip to main content

Create

Vote Reply Share ...

**AcidTripped** • 11m ago

4 Reply Share ...

**EclipseTemplarX** • 7m ago • Edited 3m ago

Is this video supposed to be a red scare type of take down because holy shit this is cringe so far

Vote Reply Share ...

**Seymour--ass** • 4m ago
a habitually sullen person

this man is a professional broadcaster ladies gents and enbies

Vote Reply Share ...

**darkmeowl25** • 2m ago

Is it antisemitic to call someone Jewish a racist if they are being racist?

Vote Reply Share ...

**hallucinogender0g** • 12m ago

LETS GOOOO

3 Reply Share ...

[deleted] • 8m ago

**blueberii** • 6m ago
Ethan's dogs eating cables and wires

switching between frogan and denims streams

Vote Reply Share ...

Skip to main content

Create 2

ramblings.

Vote Reply Share ···

**Jasjazjas** • 2m ago

Oh this truly is real garbage so far lmao

Vote Reply Share ···

**dblspider1216** • 12m ago
ethan's underpaid and overworked attorneys

"he presents himself like me - a left-leaning democrat." lol NO THE FUCK HE DOESNT. oh my god.

2 Reply Share ···

**lexiseok** • 9m ago

oh noooooo he's gonna call hasan a communist the whole time oh nooooo

Vote Reply Share ···

**Capable-Reputation-3** • 8m ago • Edited 1m ago

Welp, I've joined this snark lol, I'm triggered by all the calling this a nuke on Hasan considering what's going on in the world towards Palestine/Muslims...maybe I'm sensitive, maybe it's cause aunt flow is in town. Idk, but I'm really triggered by this

Vote Reply Share ···

**AutoModerator** MOD • 16m ago •

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

1 Share ···

**Rodden** • 10m ago

the ramblings of a madman

Vote Reply Share ···

**dblspider1216** • 9m ago
ethan's underpaid and overworked attorneys

like I predicted - it has the political sophistication of an 8th grade book report.

Vote Reply Share ···

**BaronBatchlerX** • 8m ago

1/31/25, 1:59 PM Case 2:25-cv-05564 Document 1-8 Filed 06/19/25 Page 17 of 17 Page ID #:123
Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread : r/h3snark

Create
2
"This is cinema."
- Martin Scorsese
Vote
Reply
Share

https://www.reddit.com/r/h3snark/comments/1ieq74l/ethan_kleins_content_nuke_on_hasan_piker_h3_snark/ 16/16