# Exhibit I

1/31/25, 1:57 PM    DENIMS is LIVE reacting now to today's H3 podcast episode and the "content nuke" video Ethan is publishing in about an hour : r/h...

Case 2:25-cv-05564    Document 19    Filed 06/19/25    Page 2 of 5    Page ID #:125





Skip to main content

Create 2

Can you relate to the feeling of swimming upstream at work? Oh, the struggle is real. That's why 180k+ customers choose to use monday.com as their work management platform so they can efficiently manage all their work. Try it now!

Sign Up

monday.com

180k monday.com

Add a comment

Sort by: Best

Search Comments

**h3snarkmodteam** MOD • 1h ago • Stickied comment
QuietFairy Stan
Top 1% Commenter

If you are not a fan of DENIMS, please check out these other creators:

- **Frogan (Twitch) | Link** *(Confirmed, will be streaming when it drops)*
- **SeanDaBlack (Twitch) | Link** *(Confirmed, will be streaming when it drops)*
- **North Star Radio/Comrade Casey (Twitch) | Link** *(Confirmed, will be streaming as soon as he can)*
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

Vote Reply Share ···

**asteroidorion** • 1h ago
it's a bit!

Mike from PA is covering the Destiny nuke right now as lead-in

6 Reply Share ···

**Capital_Disk_2671** • 21m ago
Top 1% Commenter

thank you for this. NSR or SDB and maybe DNW are the best choices imho. love Has but i've never rly rocked with the Hasan orbiters, maybe Frogan sometimes but otherwise nein bitte

1 Reply Share ···

**regularnotsmartguy** • 21m ago • Edited 14m ago
Ethan's "debate skills"

wow I haven't watched in forever and I tuned in here for like 3 minutes and he's misgendered someone like 100 times, yelled at Olivia, and then went on a crazy rant about how he and Hila know better than trans people

Edit: then he told Olivia he didn't yell at her, asked her to say her piece, immediately cut her off, then buttoned

42 Reply Share ···

**queermichigan** • 20m ago

Vile vile vile god he's awful

16 Reply Share ···

**Ziodynes** • 20m ago

this is insane he just said he didnt yell at Olivia and he DID!!!!

Skip to main content                                                  Create       2

**crassreductionist** • 1h ago

How do people watch this podcast, it's so boring… I'll just tune in at 1:30

↑ 28 ↓   Reply   Share

**queermichigan** • 21m ago

Ethan turned the transphobia to max today while thinking he's the savior of the community and has the answers we need lmfaooo

↑ 7 ↓   Reply   Share

**JeffBenzos** • 21m ago
#1 Kaya Stan

👋We love denims don't we folks ?👍

↑ 5 ↓   Reply   Share

**ErinysFuriae** • 13m ago
Dan thinking he's the smartest person in the room 🤡



Lfg

↑ 4 ↓   Reply   Share

**_Cerca_Trova_** • 11m ago
The Kleins didn't pass the vibe check

Watching her!

↑ 4 ↓   Reply   Share

**BeyondReason666** • 1h ago

Denims FTW!

↑ 13 ↓   Reply   Share

**Dustytehcat** • 34m ago
shredder's shredded cheese 🧀

I love her. I'm tuning in to her stream right now.

Watch this be some stupid ass joke. Some stupid Rick roll shit like haha ok dude..

↑ 7 ↓   Reply   Share

**Then-Champion7124** • 15m ago

Well, it's 1:40

↑ 3 ↓   Reply   Share

1/31/25, 1:57 PM   DENIMS is LIVE reacting now to today's H3 podcast episode and the "content nudge" video Ethan is publishing in about an hour : r/h…

   Create   

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please* contact the moderators of this subreddit *if you have any questions or concerns.*

 0   Share   …