# Exhibit L

(Video File Located on Flash Drive
Concurrently-Filed with Notice of Lodging)