| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Rom Bar-Nissim (SBN: 293356)<br>Heah Bar-Nissim LLP<br>1801 Century Park East, Ste. 2400<br>Los Angeles, CA 90067<br>Tel: 310-432-2836 | |
| ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ted Entertainment, Inc.<br><br>Plaintiff(s),<br>v.<br>Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims; Does 1-10<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-5564<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Ted Entertainment, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ted Entertainment, Inc. | Plaintiff |
| Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims | Defendant |

| June 19, 2025 | /s/ Rom Bar-Nissim |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Ted Entertainment, Inc.