1  Rom Bar-Nissim (SBN: 293356)
   Rom@HeahBarNissim.com
2  **HEAH BAR-NISSIM LLP**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA 90067
   Telephone: 310.432.2836
4
5  Attorneys for Plaintiff
   Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10 <br><br> Defendants. | Case No.: 2:25-cv-5564 <br><br> **NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBITS TO COMPLAINT** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Ted Entertainment, Inc. ("TEI") herby lodges with the Court the following materials in conjunction with its Complaint against defendants Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims ("Denims") and Does 1-10.

1. A flash drive containing the following exhibits to the Complaint:
    a. **Exhibit D:** The deposit copy of TEI's copyrighted work entitled *Content Nuke: Hasan Piker*
    b. **Exhibit E**: The broadcast copy of TEI's copyrighted work entitled *Content Nuke: Hasan Piker*
    c. **Exhibit F**: The deposit copy of TEI's copyrighted work entitled *The H3 Show #105: Countdown to Doomsday*
    d. **Exhibit J:** Part 1 of Denims' January 31, 2025 broadcast.
    e. **Exhibit K**: Part 2 of Denims' January 31, 2025 broadcast.
    f. **Exhibit L**: Clip from Denims' February 1, 2025 broadcast.

**PLEASE TAKE FURTHER NOTICE** that the flash drive identical to that described is being served on Denims.

Dated: June 19, 2025                                **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted Entertainment, Inc.