| Attorney or Party without Attorney:<br>Rom Bar-Nissim (SBN 293356)<br>HEAH BAR-NISSIM LLP<br>1801 Century Park East Suite 2400<br>Los Angeles, CA 90067<br>  Telephone No: 310.432.2836<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>TED V SABER | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: TED ENTERTAINMENT, INC., a California Corporation |
|---|
| Defendant: ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-05564 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges; Notice To Parties Of Court−Directed Adr Program; Notice Of Lodging Of Flash Drive Containing Video Exhibits To Complaint; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright

3.  a. Party served:   ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual
    b. Person served:  Party in item 3.a.
                       served under F.R.C.P. Rule 4.

4. Address where the party was served:   14500 Sherman Circle Apt. 258, Van Nuys, CA 91405

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jun 24 2025 (2) at: 04:29 PM

6. **Person Who Served Papers:**
   a. Mike Melendez (7084, Los Angeles County)            d. **The Fee** for Service was: $426.28
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/26/2025
(Date)                                                     (Signature)



PROOF OF SERVICE

13586087
(17317714)