NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
BENJAMIN KASSIS (SBN 298844)
BENJAMIN GRUSH (SBN 335550)
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441

ATTORNEY(S) FOR: Alexandra Marwa Saber p/k/a Denims

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ted Entertainment, Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-5564 |
| v. | |
| Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims; Does 1-10 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Alexandra Marwa Saber p/k/a Denims _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ted Entertainment, Inc. | Plaintiff, a California corporation |
| Alexandra Marwa Saber p/k/a Denims | Defendant, an individual |

July 14, 2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Alexandra Marwa Saber p/k/a Denims