BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorney for Plaintiff
TED ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: June 24, 2025<br>Current response date: July 15, 2025<br>New response date: August 14, 2025 |

Plaintiff Ted Entertainment, Inc. ("Plaintiff") on the one hand, and Defendant Alexandra Marwa Saber p/k/a Denims ("Defendant") on the other hand (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on June 19, 2025;

WHEREAS, Plaintiff served its Complaint on Defendant on June 24, 2025;

WHEREAS, the initial deadline for Defendant's response to the Complaint is July 15, 2025; and

WHEREAS, the Parties have met and conferred and agreed pursuant to L.R. 8-3 to stipulate to a 30-day extension for Defendant to file her response to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that Defendant shall file her response to the Complaint on or before August 14, 2025.

**SO STIPULATED AND AGREED.**

DATED: July 14, 2025            FROST LLP

By: _____
BENJAMIN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant
Alexandra Marwa Saber p/k/a Denims

DATED: July 14, 2025            HEAH BAR-NISSIM LLP

By:    */s/ Rom Bar-Nissim*
ROM BAR-NISSIM
Attorneys for Plaintiff
Ted Entertainment, Inc.

# ATTESTATION

I, Benjamin Kassis, am the CM/ECF user whose login and password are being used to file this Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3). Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Rom Bar-Nissim, counsel for Plaintiff, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized the filing.

DATED: July 14, 2025        FROST LLP

By: /s/ Benjamin Kassis
BENJAMIN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant
Alexandra Marwa Saber p/k/a Denims