ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
TED ENTERTAINMENT, INC.

BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10<br><br>Defendants. | Case No.: 2:25-cv-05564-WLH-PD<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE** |

|   |   |
|---|---|
| 1 | **WHEREAS,** plaintiff Ted Entertainment, Inc. ("TEI") commenced this |
| 2 | action by filing its complaint ("Complaint") on June 19, 2025 alleging: (1) direct |
| 3 | copyright infringement against defendant Alexandra Marwa Saber p/k/a Denims |
| 4 | ("Denims"); and (2) contributory copyright infringement against Does 1-10 (the |
| 5 | "H3Snark Mods") (Dkt. No. 1); |
| 6 | **WHEREAS,** on June 24, 2025, Denims was served with the Complaint (Dkt. |
| 7 | No. 12); |
| 8 | **WHEREAS,** on June 30, 2025, counsel for Denims contacted counsel for |
| 9 | TEI to discuss various preliminary matters related to the present action; |
| 10 | **WHEREAS,** also on June 30, 2025, counsel for TEI responded to counsel |
| 11 | for Denims and explained, *inter alia*, TEI's intention to file an *ex parte* application |
| 12 | seeking expedited discovery to subpoena Reddit, Inc. ("Reddit") and Discord, Inc. |
| 13 | ("Discord") to obtain personal identifying information of the H3Snark Mods prior |
| 14 | the conference of counsel under Federal Rule of Civil Procedure Rule 26(f) (the |
| 15 | "Application") for the purpose of naming the H3Snark Mods in the Complaint and |
| 16 | serving the H3Snark Mods with the Complaint; |
| 17 | **WHEREAS,** also on June 30, 2025, counsel for Denims responded to |
| 18 | counsel for TEI and requested, *inter alia*, to set up a time to meet and confer |
| 19 | regarding the Application; |
| 20 | **WHEREAS,** counsel for TEI and Denims (collectively, the "Parties") agreed |
| 21 | to meet and confer on July 1, 2025; |
| 22 | **WHEREAS,** on July 1, 2025, counsel for the Parties conducted a telephonic |
| 23 | meet and confer regarding the grounds and necessity for the Application; |
| 24 | **WHEREAS,** counsel for Denims agreed that TEI's request to seek expedited |
| 25 | discovery from Reddit and Discord to obtain personal identifying information of |
| 26 | the H3Snark Mods to name them in the Complaint and serve the H3Snark Mods |
| 27 | with the Complaint is warranted under the circumstances; |
| 28 | **WHEREAS,** to avoid unnecessary motion practice and conserve the |

1  resources of the Parties and this Court, the Parties have entered into this joint
2  stipulation to request this Court to grant TEI leave to serve subpoenas on Reddit
3  and Discord on condition that counsel for Denims first review the aforementioned
4  subpoenas;

5      **WHEREAS,** due to a preplanned Fourth of July holiday vacation, the
6  earliest counsel for Denims could review the proposed subpoenas to Reddit and
7  Discord was July 10, 2025;

8      **WHEREAS,** on July 10, 2025, counsel for TEI sent counsel for Denims the
9  proposed subpoenas to Reddit and Discord – to which counsel for Denims does not
10 object;

11     **WHEREAS,** a true and correct of the proposed document subpoena to
12 Reddit is attached hereto and incorporated herein as **Exhibit A** (with the date and
13 time of compliance and date of the subpoena was issued left blank); and

14     **WHEREAS,** a true and correct copy of the proposed document subpoena to
15 Discord is attached hereto and incorporated herein as **Exhibit B** (with the date and
16 time of compliance and date of the subpoena was issued left blank).

17     **THEREFORE, IT IS HEREBY STIPULATED**, by and between the
18 Parties through their respective attorneys of record respectfully request that: (1) this
19 Court grant the Stipulation; (2) that TEI be granted leave to serve the proposed
20 subpoenas attached as Exhibit A to Reddit and Exhibit B to Discord prior to the
21 conference of counsel under Federal Rule of Civil Procedure Rule 26(f); and (3) the
22 Court enter the Order lodged concurrently herewith.

23     Dated: July 16, 2025     **HEAH BAR-NISSIM LLP**

25     By  /s/ Rom Bar-Nissim
26     ROM BAR-NISSIM
    Attorneys for Plaintiff Ted
    Entertainment, Inc.

1 | Dated: July 16, 2025            **FROST LLP**

By    /s/ Ben Kassis
       BEN KASSIS
       BENJAMIN GRUSH
       Attorneys for Defendant
       Alexandra Marwa Saber p/k/a Denims

Pursuant to Civil L.R. 5-4.3.4(a)(2)(1), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.