1  Rom Bar-Nissim (SBN: 293356)
   Rom@HeahBarNissim.com
2  **HEAH BAR-NISSIM LLP**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA 90067
   Telephone: 310.432.2836
4
5  Attorneys for Plaintiff
   Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TED ENTERTAINMENT, INC., a California Corporation, | Case No.: 2:25-cv-05564-WLH-PD |
|---|---|
| Plaintiffs, | **DISCOVERY MATTER** |
| v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE** |
| ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10 | |
| Defendants. | |

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation Re: Granting Plaintiff Leave to Serve Third-Party Subpoenas Prior to the Rule 26(f) Conference ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED;
2. TEI may immediately serve the subpoena attached as Exhibit A to the Stipulation on third-party Reddit, Inc. ("Reddit Subpoena"), accompanied by this Order and shall include the date the Reddit Subpoena was issued and the date of compliance; and
3. TEI may immediately serve the subpoena attached as Exhibit B to the Stipulation on third-party Discord, Inc. ("Discord Subpoena"), accompanied by this Order and shall include the date the Discord Subpoena was issued and the date of compliance.

IT IS SO ORDERED.

DATED:_____        _____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Patricia Donahue
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge