1  Rom Bar-Nissim (SBN: 293356)
   Rom@HeahBarNissim.com
2  **HEAH BAR-NISSIM LLP**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA 90067
   Telephone: 310.432.2836
4
5  Attorneys for Plaintiff
   Ted Entertainment, Inc.
6
7
8
                  **UNITED STATES DISTRICT COURT**
9
                  **CENTRAL DISTRICT OF CALIFORNIA**
10
11

12  TED ENTERTAINMENT, INC., a       Case No.: 2:25-cv-05564-WLH-PD
    California Corporation,
13                                   **<u>DISCOVERY MATTER</u>**
                      Plaintiffs,
14                                   **[PROPOSED] ORDER GRANTING
                                     JOINT STIPULATION RE:
15       v.                          GRANTING PLAINTIFF LEAVE TO
                                     SERVE THIRD-PARTY
16  ALEXANDRA MARWA SABER            SUBPOENAS PRIOR TO THE RULE
    f/k/a MARWA TALATT               26(f) CONFERENCE**
17  ABDELMONEM p/k/a DENIMS, an
    individual, and DOES 1-10
18
                      Defendants.
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation Re: Granting Plaintiff Leave to Serve Third-Party Subpoenas Prior to the Rule 26(f) Conference ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED;

2. TEI may immediately serve the subpoena attached as Exhibit A to the Stipulation on third-party Reddit, Inc. ("Reddit Subpoena"), accompanied by this Order and shall include the date the Reddit Subpoena was issued and the date of compliance; and

3. TEI may immediately serve the subpoena attached as Exhibit B to the Stipulation on third-party Discord, Inc. ("Discord Subpoena"), accompanied by this Order and shall include the date the Discord Subpoena was issued and the date of compliance.

IT IS SO ORDERED.


DATED:_____                    _____

                                               Hon. Patricia Donahue

                                               United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO
SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE