# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10<br><br>Defendants. | Case No.: 2:25-cv-05564-WLH-PD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE DOE DEFENDANTS' MOTION TO QUASH** |

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation to Stay Proceedings Pending Resolution of the Doe Defendants' Motion to Quash ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") (collectively the "Parties"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED;
2. The present action is STAYED pending final resolution of the motion to quash ("Quash Motion") filed by the Doe defendants (collectively, the "H3Snark Mods") in the action pending in the United States District Court for the Northern District of California entitled *In re Subpoenas to Reddit, Inc. and Discord, Inc.* (N.D. Cal. Case No.: 3:25-mc-80296-SK) (the "Quash Motion Action");
3. That all deadlines and dates set forth in this Court's Civil Pretrial Schedule and Trial Order (Dkt. No. 23) are hereby VACATED; and
4. The Parties shall submit a joint status reports within fourteen (14) days of the following any of the below events in the Quash Motion Action (if applicable):
    a. When the Court in the Quash Motion Action issues its Report and Recommendation on the Quash Motion (the "Magistrate Report");
    b. If and when the District Court grants or denies any objections to the Magistrate Report;
    c. If the District Court grants the objections to the Magistrate Report, when the District Court issues its opinion on the Quash Motion;
    d. If a notice of appeal or petition for interlocutory appeal is filed in the Quash Motion Action (collectively, "Appeal Petition");
    e. If the Appeal Petition is granted or denied;
    f. If the Appeal Petition is granted, when the Ninth Circuit issues its

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS
PENDING RESOLUTION OF THE DOE DEFENDANTS' MOTION TO QUASH

|   |   |
|---|---|
| 1 | opinion on the Quash Motion Action (the "Potential Ninth Circuit |
| 2 | Decision"); |
| 3 | g. If a petition for certiorari is filed with respect to the Potential Ninth |
| 4 | Circuit Decision ("Potential Cert Petition"); |
| 5 | h. If the Potential Cert Petition is granted or denied; and |
| 6 | i. If the Potential Cert Petition is granted, when the Supreme Court |
| 7 | issues its opinion in the Quash Motion Action. |

IT IS SO ORDERED.

DATED:_____            _____

                                                    Hon. Wesley L. Hsu
                                         United States District Court Judge