BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10,<br><br>    Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**JOINT STIPULATION TO LIFT STAY FOR LIMITED PURPOSE OF FILING MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND [PROPOSED] ORDER THEREON**<br><br>Action filed:    June 19, 2025 |

95263.2

STIPULATION TO LIFT STAY FOR LIMITED PURPOSE OF FILING MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND [PROPOSED] ORDER THEREON

**WHEREAS**, plaintiff Ted Entertainment, Inc. ("TEI") commenced this action by filing its complaint ("Complaint") on June 19, 2025 alleging: (1) direct copyright infringement against defendant Alexandra Marwa Saber p/k/a Denims ("Denims"); and (2) contributory copyright infringement against Does 1-10 (the "H3Snark Mods") (Dkt. No. 1);

**WHEREAS**, on March 3, 2026, the Court stayed this action pursuant to stipulation of TEI and Denims (collectively, the "Parties") pending the outcome of the miscellaneous action pending in the Northern District of California entitled *In re Subpoenas to Reddit, Inc. and Discord, Inc.* (N.D. Cal. Case No. 3:25-mc-80296-SK) (the "Quash Motion Action"), in which the H3Snark Mods seek to quash TEI's subpoena on Discord, Inc. and Reddit, Inc. seeking personal identifying information on the H3Snark Mods to name and serve them in the present action (ECF No. 29);

**WHEREAS**, the Parties have further met and conferred and have agreed that Denims, upon approval of the Court, may file a Motion for Partial Judgment on the Pleadings as to TEI's claim of copyright infringement as to one of the two works at issue ("MPJOP") despite the stay, as the Parties believe allowing an MPJOP to proceed while the Quash Motion Action lingers will promote judicial economy and potentially resolve or facilitate the resolution of the primary claim of infringement and possibly this entire action irrespective of its outcome.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that: (1) the stay is lifted for the limited purpose of the MPJOP proceeding; (2) the Parties will meet and confer regarding a briefing schedule for the MPJOP and will submit a proposed briefing schedule to the Court within five (5) days of the entry of the Order on this Stipulation; and (3) the Court enter the Order lodged concurrently herewith.

**SO STIPULATED AND AGREED.**

95263.2

2

Dated: March 20, 2026      **HEAH BAR-NISSIM LLP**

By   /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted
Entertainment, Inc.

Dated: March 20 2026      **FROST LLP**

By   /s/ Benjamin Grush
BENJAMIN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant
Alexandra Marwa Saber p/k/a
Denims

## L.R. 5-4.3.4 Attestation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

95263.2

3

STIPULATION TO LIFT STAY FOR LIMITED PURPOSE OF FILING MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND [PROPOSED] ORDER THEREON