UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation , <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDRA MARWA SABER p/k/a DENIMIS, an individual and DOES 1 to 10, <br><br> Defendant. | Case No. 2:25-cv-05564-WLH-PD <br><br> *Hon. Wesley L. Hsu* <br><br> **[PROPOSED] ORDERGRANTING JOINT STIPULATION TO LIFT STAY FOR LIMITED PURPOSE OF FILING MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation to Lift Stay for Limited Purpose of Filing Motion for Partial Judgment on the Pleadings ("MPJOP"), by and between by Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") and Plaintiff Ted Entertainment, Inc. ("TEI") (the "Stipulation"), and for good cause shown, the Court hereby rules as follows:

1.    The Stipulation is GRANTED.

2.    The stay is lifted for the limited purpose of the MPJOP.

3.    The Parties shall meet and confer regarding a briefing schedule for the MPJOP and shall submit a proposed briefing schedule to the Court within five (5) days of the entry of this Stipulation.

DATE:    _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO LIFT STAY