UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRA MARWA SABER et al.,<br><br>Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>**ORDER GRANTING JOINT STIPULATION TO LIFT STAY FOR LIMITED PURPOSE OF FILING MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS [30]** |

## ORDER

Upon consideration of the Joint Stipulation to Lift Stay for Limited Purpose of Filing Motion for Partial Judgment on the Pleadings ("MPJOP"), by and between by Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") and Plaintiff Ted Entertainment, Inc. ("TEI") (the "Stipulation"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is **GRANTED**.

2. The stay is lifted for the limited purpose of the MJOP.

3. The Parties shall meet and confer regarding a briefing schedule for the MPJOP and shall submit a proposed briefing schedule to the Court within five days of the entry of this Order.

DATE:   March 30, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE