Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, | Case No. 2:25-cv-05564-WLH-PD |
| Plaintiff, | *Hon. Wesley L. Hsu* |
| vs. | **JOINT STIPULATION SETTING BRIEFING SCHEDULE AND AUTHENTICATING CORRECTED EXHIBIT K TO THE COMPLAINT** |
| ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10, | Action filed:    June 19, 2025 |
| Defendants. | |

JOINT STIPULATION SETTING BRIEFING SCHEDULE AND AUTHENTICATING CORRECTED EXHIBIT K
TO THE COMPLAINT

**WHEREAS**, plaintiff Ted Entertainment, Inc. ("TEI") commenced this action by filing its complaint ("Complaint") on June 19, 2025 alleging: (1) direct copyright infringement against defendant Alexandra Marwa Saber p/k/a Denims ("Denims"); and (2) contributory copyright infringement against Does 1-10 (the "H3Snark Mods") (Dkt. No. 1);

**WHEREAS**, on March 3, 2026, the Court stayed this action pursuant to stipulation of TEI and Denims ("Stipulation") pending the outcome of the miscellaneous action pending in the Northern District of California entitled *In re Subpoenas to Reddit, Inc. and Discord, Inc.* (N.D. Cal. Case No. 3:25-mc-80296-SK) (the "Quash Motion Action"), in which the H3Snark Mods seek to quash TEI's subpoena on Discord, Inc. and Reddit, Inc. seeking personal identifying information on the H3Snark Mods to name and serve them in the present action (ECF No. 29);

**WHEREAS**, on March 31, 2026, the Court granted the Stipulation and lifted the stay for the limited purpose of allowing Denims to file a motion for partial judgment on the pleadings ("MPJOP") and ordered the parties to submit a proposed briefing schedule;

**WHEREAS**, the Parties have met and conferred and propose the following briefing and hearing schedule, consistent with the minimum notice periods set forth in the Court's Individual Rules and Practices: Denims will file the MPJOP on April 17, 2026, identifying a proposed hearing date of June 5, 2026; TEI will file its opposition to the MPJOP on May 1, 2026; and Denims will file her reply in support of the MPJOP on May 8, 2026;

**WHEREAS**, during the meet and confer process for the MPJOP, the Parties identified an issue with Exhibit K to the Complaint (Dkt. No. 1-11); and

**WHEREAS**, to remedy this issue, the Parties stipulate to the authenticity of the video file containing the corrected version of Exhibit K to the Complaint (the "Corrected Exhibit K"), which TEI shall submit to the Court with its concurrently filed Notice of Lodging.

2

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that: (1) Denims will file the MPJOP on April 17, 2026, identifying a proposed hearing date of June 5, 2026, TEI will file its opposition to the MPJOP on May 1, 2026, and Denims will file her reply in support of the MPJOP on May 8, 2026; and (2) the Corrected Exhibit K submitted with TEI's concurrently filed Notice of Lodging shall replace the original Exhibit K to the Complaint.

**SO STIPULATED AND AGREED.**

Dated: April 2, 2026                    **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted
Entertainment, Inc.

Dated: April 2 2026                     **FROST LLP**

By  /s/ Benjamin Kassis
BENJAMIN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant
Alexandra Marwa Saber p/k/a
Denims

### L.R. 5-4.3.4 Attestation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION SETTING BRIEFING SCHEDULE AND AUTHENICATING CORRECTED EXHIBIT K TO THE COMPLAINT