UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation , | Case No. 2:25-cv-05564-WLH-PD |
| Plaintiff, | *Hon. Wesley L. Hsu* |
| vs. | **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND AUTHENTICATING CORRECTED EXHIBIT K TO THE COMPLAINT** |
| ALEXANDRA MARWA SABER p/k/a DENIMIS, an individual and DOES 1 to 10, | |
| Defendant. | |

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation Setting Briefing Schedule, by and between by Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") and Plaintiff Ted Entertainment, Inc. ("TEI") (the "Stipulation"), and for good cause shown, the Court hereby rules as follows:

1.    Denims shall file her motion for partial judgment on the pleadings ("MPJOP") on April 17, 2026.

2.    TEI shall file its opposition to the MPJOP on May 1, 2026.

3.    Denims shall file her reply in support of the MPJOP on May 8, 2026.

4.    The hearing on the MPJOP is set for _____, 2026, at _____ a.m./p.m.

5.    The video file submitted with TEI's concurrently filed notice of lodging shall replace Exhibit K to TEI's Complaint.


DATE: _____          _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE