Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10<br><br>                    Defendants. | Case No.: 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO FILE OF CORRECTED EXHIBIT K TO PLAINTIFF TED ENTERTAINMENT, INC.'S COMPLAINT**<br><br>Action Filed: June 19, 2025 |

NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO FILE OF CORRECTED EXHIBIT K TO
PLAINTIFF TED ENTERTAINMENT, INC.'S COMPLAINT

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Ted Entertainment, Inc. ("TEI") herby lodges with the Court the following materials in conjunction with its Complaint against defendants Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims ("Denims") and Does 1-10.

1.   A flash drive containing a video file of the **Corrected Exhibit K** to TEI's Complaint which contains Part 2 of Denims' January 31, 2025 broadcast.

**PLEASE TAKE FURTHER NOTICE** that the video file identical to that described is being served on Denims via file transfer.

Dated: April 2, 2026                     **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted
Entertainment, Inc.

NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO FILE OF CORRECTED EXHIBIT K TO PLAINTIFF TED ENTERTAINMENT, INC.'S COMPLAINT