BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10,<br><br>                    Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**DECLARATION OF BENJAMIN KASSIS IN SUPPORT OF DEFENDANT ALEXANDRA MARWA SABER'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**[C.D. Cal. R. 7-3]**<br><br>*Filed concurrently with Notice of Motion and Motion for Judgment on the Pleadings; Memorandum of Points and Authorities; [Proposed] Order*<br><br><u>Hearing Information:</u><br>Date:     June 5, 2026<br>Time:     1:30 p.m.<br>Crtrm.:  9B (9th Floor)<br><br>Action filed:    June 19, 2025 |

## DECLARATION OF BENJAMIN KASSIS

I, Benjamin Kassis, declare as follows:

1.      I am an attorney licensed to practice before this Court, and am a partner with the law firm of FROST LLP, attorneys of record herein for Defendant Alexandra Marwa Saber p/k/a Denims ("Defendant" or "Denims"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Defendant's Motion for Judgment on the Pleadings ("Motion"), filed concurrently herewith.

2.      On February 23, 2026, and March 17, 2026, I participated in telephonic meet-and-confer discussions with counsel for Plaintiff Ted Entertainment, Inc. ("Plaintiff"), Mr. Rom Bar-Nissim, regarding this forthcoming Motion and the legal and factual contentions that would be raised in the Motion.

3.      During the conferences, I advised Mr. Bar-Nissim that Defendant intended to file a motion for judgment on the pleadings as to the Nuke on the ground that Defendant's livestream reaction to The Nuke constitutes fair use under 17 U.S.C. § 107. Mr. Bar-Nissim and I discussed the substantive bases for Defendant's position under the applicable legal principles. We discussed relevant case law and the merits of the authorities on which Defendant intended to rely.

4.      Ultimately, Mr. Bar-Nissim stated that TEI would oppose the Motion and maintained that Defendant's livestream is not protected by the fair use doctrine as a matter of law. Thus, despite our meaningful exchange, Mr. Bar-Nissim and I, on behalf of our respective clients, were unable to reach a resolution that would obviate the need for the Motion or narrow the scope of the disputed issues.

5.      Prior to the parties' meet and confer discussions, on January 22, 2026, the parties filed a Joint Stipulation to Stay Proceedings Pending Resolution of the Doe Defendants' Motion to Quash (ECF No. 28).

6.      On March 31, 2026, pursuant to a further stipulation of the parties, the Court lifted the stay for purposes of these limited motion proceedings.

1

7.    On April 2, 2026, the parties filed a further stipulation setting forth the briefing schedule for the Motion, indicating Defendant would file the Motion on April 17, 2026, Plaintiff would file the opposition on May 1, 2026, and Defendant would file the reply on May 8, 2026, consistent with the Court's Procedures. In addition, the parties indicated Defendant would propose June 5, 2026, for the hearing on the Motion. As of the date of the filing of this Declaration, the Court has not entered the stipulation. Nevertheless, the parties are proceeding under the briefing schedule set forth in the stipulation and will await further correspondence from the Court regarding the hearing date for the Motion, if any.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of April, 2026, at Los Angeles, California.

_____
Benjamin Kassis

2

DECLARATION OF BENJAMIN KASSIS IN SUPPORT OF DEFENDANT ALEXANDRA MARWA SABER'S MOTION FOR JUDGMENT ON THE PLEADINGS