UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10,<br><br>        Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ALEXANDRA MARWA SABER'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 35]**<br><br><u>Hearing Information:</u><br>Date:   June 5, 2026<br>Time:   1:30 p.m.<br>Crtrm.: 9B (9th Floor)<br><br>Action filed:   June 19, 2025 |

[PROPOSED] ORDER GRANTING DEFENDANT ALEXANDRA MARWA SABER'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 35]

On April 17, 2026, Defendant Alexandra Marwa Saber p/k/a Denims ("Defendant") filed a Motion for Judgment on the Pleadings ("Motion"), respectfully requesting that the Court enter judgment in favor of Defendant and against Plaintiff Ted Entertainment, Inc. ("Plaintiff") on the Complaint's first claim for relief for direct copyright infringement as to *Content Nuke: Hasan Piker* ("The Nuke").

The Court, having considered Defendant's Motion and finding good cause therefor, hereby **GRANTS** the Motion and **ORDERS** as follows:

1.     Defendant's livestream reaction as to The Nuke constitutes fair use as a matter of law under 17 U.S.C. § 107;

2.     Judgment on the pleadings is entered in favor of Defendant and against Plaintiff on the first claim for relief for direct copyright infringement as to The Nuke; and

3.     Leave to amend is **DENIED**.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT ALEXANDRA MARWA SABER'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 35]