# EXHIBIT 3



**Bold Guy vs Parkour Girl**

Matt Hoss Zone ✓
154K subscribers

Subscribe

66K

Share    Save    ...

11,868,814 views  Aug 11, 2013
Confident and funny the Bold Guy tries to talk to, flirt with, and pick up a strong girl while she exercises. She challenges him to a parkour / freerunning chase competition.

Starring Matt Hosseinzadeh / Matt Hoss and Atlin Mitchell.

The Bold Guy comedy - action - horror - fantasy series:
▶ • Bold Guy Picks Ups Vampire Girl (part 1)

Horny Tony comedy - action - horror - fantasy series:
▶ • Horny Tony & Hannah's Game (part 1)

Instagram: 📷 / matthosszone
Facebook: ⓕ / matthosszone

The Bold Guy is a series of short films that encompasses the genres of satire, sketch comedy, action, fantasy, and horror, and includes parkour/ free running and electronic music / EDM.

Copyright © 2013 Matt Hosseinzadeh. All rights reserved. You may not reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of this work without prior written permission from the rights holder. This is in accordance with the copyright laws of the United States and other countries and YouTube's license agreement and terms of service.

## Transcript

Follow along using the transcript.

Show transcript

Matt Hoss Zone
154K subscribers

▶ Videos    About    Instagram    Facebook