# EXHIBIT 4

# (Video File Located on Flash Drive Concurrently-Filed with Notice of Lodging)