# EXHIBIT 6

# (Video File Located on Flash Drive and Concurrently-Filed with Notice of Lodging)