Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10 <br><br> Defendants. | Case No.: 2:25-cv-05564-WLH-PD <br><br> *Hon. Wesley L. Hsu* <br><br> **DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** <br><br> Action Filed: June 19, 2025 |

## **<u>DECLARATION OF ROM BAR-NISSIM</u>**

I, Rom Bar-Nissim, do hereby state and declare as follows:

1.       I am an attorney at law, duly licensed to practice law in the State of California. I am a partner at the law firm Heah Bar-Nissim LLP and attorney of record for plaintiff Ted Entertainment, Inc. ("TEI"). I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of TEI's Request for Judicial Notice in Support of its Opposition to Motion for Partial Judgment on the Pleadings.

2.       I was the attorney of record for Ethan and Hila Klein in *Hosseinzadeh v. Klein*, 276 F.Supp.3d 34 (S.D.N.Y. 2017). I personally drafted the motion for judgment on the pleadings and the motion summary judgment that was granted in the decision, compiled all exhibits and oversaw the filing of all exhibits.

           a.       The video held to be a fair use in *Hosseinzadeh* was the TEI video entitled *The Big, The BOLD, The Beautiful*. A true and correct reupload of the video is publicly accessible on YouTube at the following URL: https://youtu.be/CXUs5FOo-JE?si=rQRcf6OKcFZ6XgjE. The video was also filed in the case on multiple occasions, including in connection with the motion for judgment on the pleadings and motion for summary judgment. *See Hosseinzadeh v. Klein et al.* (S.D.N.Y. Case No. 1:16-cv-03081-KBF), Dkt. Nos. 52, 55, 84-1 (as Exhibit 1), 87-1. A true and correct PDF printout of the webpage containing the aforementioned video is attached hereto and incorporated herein as **Exhibit 1**. A true and correct copy of the aforementioned video is contained on the flash drive concurrently submitted with TEI's Notice of Lodging as **Exhibit 2.**

           b.       The plaintiff's work in *Hosseinzadeh* was entitled *Bold Guy vs. Parkour Girl*. The video was filed in the case on multiple occasions, including in connection with the motion for judgment on the pleadings and

DECLARATION OF ROM BAR-NISSIM ISO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO MOTION FOR PARTIAL JUDGEMENT ON THE PLEADINGS

motion for summary judgment. *See Hosseinzadeh v. Klein et al.* (S.D.N.Y. Case No. 1:16-cv-03081-KBF), Dkt. Nos. 52, 55, 84-1 (as Exhibit 2), 87-2A true and correct copy of the video is publicly accessible on YouTube at the following URL: https://youtu.be/Dj4XAYhF0ok?si=7TuEQEXveK7kATLc. YouTube webpages contain a date in the description box (when expanded) that shows the date the video was made publicly accessible. According to its webpage, *Bold Guy vs Parkour Girl* was made publicly accessible on August 11, 2013. A true and correct PDF printout of the webpage contained the aforementioned video is attached hereto and incorporated herein as **Exhibit 3**. A true and correct copy of the aforementioned video is contained on the flash drive concurrently submitted with TEI's Notice of Lodging as **Exhibit 4.**

3.    I am TEI's attorney of record in the action currently pending in the Central District of California entitled *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565-JFW-MAA) ("*Majed* Action"). I personally drafted and filed the complaint and the exhibits thereto. Like this case, the *Majed* Action also concerns a claim of copyright infringement of *Content Nuke: Hasan Piker* (*"The Nuke"*) via a watch party that occurred immediately upon *The Nuke's* release. A true and correct copy of the Complaint filed in the *Majed* Action as Docket No. 1 is attached hereto and incorporated herein as **Exhibit 5.** A true and correct copy of the video file submitted in the *Majed* Action in connection with the Complaint as Exhibit H and as Docket No. 1-8 is contained on the flash drive concurrently submitted with TEI's Notice of Lodging as **Exhibit 6**.

4.    I served as TEI's attorney of record in an action that was pending in the Western District of Missouri entitled *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW) ("*Caviness* Action"). I personally drafted and filed the complaint and the exhibits thereto. Like this case, the *Caviness* action also concerned a claim of copyright infringement of *The Nuke* via a watch

party that occurred thirteen minutes after *The Nuke's* release. A true and correct copy of the Complaint filed in the *Caviness* Action as Docket No. 1 is attached hereto and incorporated herein as **Exhibit 7**. A true and correct copy of the video file submitted in the *Caviness* Action in connection with the Complaint as Exhibit H and as Docket No. 1-8 is contained on the flash drive concurrently submitted with TEI's Notice of Lodging as **Exhibit 8.**

5. The Doe Defendants in the present action (collectively, the "H3Snark Mods") – who are also defendants in the *Majed* Action and *Caviness* Action – initiated a miscellaneous action in the Northern District of California entitled *In re Subpoenas to Reddit, Inc. and Discord, Inc.* (N.D. Cal. Case No. 3:25-mc-80296-SK) the (the "Motion to Quash Action"). The Motion to Quash Action involved the H3Snark Mods' motion to quash the subpoenas authorized by this Court on August 1, 2025. Dkt. No. 18. On April 29, 2026, the Honorable Sallie Kim issued an order denying the H3Snark Mods' motion to quash (the "4/29/26 Order") with the Docket No. 45 in the Motion to Quash Action. A true and correct copy of the 4/29/26 Order is attached hereto and incorporated herein as **Exhibit 9.**

I declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 1st day of May 2026 in Los Angeles, California.

_____

Rom Bar-Nissim

DECLARATION OF ROM BAR-NISSIM ISO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO MOTION FOR PARTIAL JUDGEMENT ON THE PLEADINGS