Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10 <br><br> Defendants. | Case No.: 2:25-cv-05564-WLH-PD <br><br> **NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBITS IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBITS ISO REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Ted Entertainment, Inc. ("TEI") hereby lodges with the Court the following materials in conjunction with its Request for Judicial Notice ("RJN") in Support of TEI's Opposition to the Motion for Partial Judgment on the Pleadings of defendant Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims ("Denims").

1.   A flash drive containing the following exhibits to the RJN:

   a. **Exhibit 2:** A video file of the work *The Big, The BOLD, The Beautiful*

   b. **Exhibit 4**: A video file of the work *Bold Guy vs Parkour Girl*;

   c. **Exhibit 6**: A video file of Exhibit H to the complaint in the action entitled *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565-JFW-MAA)

   d. **Exhibit 8:** A video file of Exhibit H to the complaint in the action entitled *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW)

   **PLEASE TAKE FURTHER NOTICE** that the flash drive identical to that described is being served on Denims.

   Dated: May 1, 2026                    **HEAH BAR-NISSIM LLP**

                                  By   /s/ Rom Bar-Nissim
                                       ROM BAR-NISSIM
                                       Attorneys for Plaintiff Ted
                                       Entertainment, Inc.

NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBITS ISO REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS