Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
TED ENTERTAINMENT, INC.

BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10,<br><br>          Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**FIRST JOINT STATUS REPORT PURSUANT TO THE COURT'S MARCH 2, 2026 ORDER [DKT. NO. 29]**<br><br>Action filed:    June 19, 2025 |

FIRST JOINT STATUS REPORT PURSUANT TO THE COURT'S MARCH 2, 2026 ORDER [DKT. NO. 29]

# JOINT STATUS REPORT

On March 2, 2026, this Court issued an order granting the joint stipulation of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") (collectively, the "Parties") to stay of the present action pending the final resolution of the motion to quash of the Doe defendants (collectively, the "H3Snark Mods") in the miscellaneous action pending before the Northern District of California entitled *In re Subpoenas to Reddit, Inc. and Discord, Inc.* (N.D. Cal. Case No. 3:25-mc-80296-SK), which stay was subsequently revised to carve out motion for partial judgment on the pleadings proceedings. *See* Dkt. No. 29, 32. Pursuant to the March 2, 2026 order, the Parties were required to submit a joint status report within fourteen (14) days of certain events, including when the Honorable Sallie Kim would issue her order on the H3Snark Mods Motion.

On April 29, 2026, the Magistrate Judge Kim issued an order denying the H3Snark Mods motion to quash TEI's subpoenas to Reddit, Inc. and Discord, Inc. The April 29, 2026 order also denied the H3Snark Mods request for a protective order, however, it also stated (in relevant part): "[N]o party may disclose the identities of the Doe Defendants or any other identifying information about the Doe Defendants to any individual or entity not a party to this matter. Of court, the District Court in the underlying action may override these protections, once the Doe Defendants make their appearance in the action." A true and correct copy of the April 29, 2026 order is attached to this joint status report as **Exhibit 1**.

Dated: May 11, 2026                    **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted
Entertainment, Inc.

2

FIRST JOINT STATUS REPORT PURSUANT TO THE COURT'S MARCH 2, 2026 ORDER [DKT. NO. 29]

Dated: May 11, 2026          **FROST LLP**

By  /s/ Benjamin Kassis
BENJAMIN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant
Alexandra Marwa Saber p/k/a
Denims

## **L.R. 5-4.3.4 Attestation**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

FIRST JOINT STATUS REPORT PURSUANT TO THE COURT'S MARCH 2, 2026 ORDER [DKT. NO. 29]