UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-05564-WLH-PD | Date | June 5, 2026 |
|---|---|---|---|

| Title | Ted Entertainment, Inc. v. Alexandra Marwa Saber, et al. |
|---|---|

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Leena M. Charlton | Eitan Sirkovich |

**Proceedings:**   DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO COMPLAINT [35]

    The matter was called, and counsel stated their appearances.  The Court's Tentative Ruling was issued on June 4, 2026, and reviewed by counsel. The Court heard oral argument. The Court took the matter **UNDER SUBMISSION** and a ruling will be issued.

                                                  :   30

Initials of Deputy Clerk   cgm