Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
TED ENTERTAINMENT, INC.

BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**SECOND JOINT STATUS REPORT PURSUANT TO THE COURT'S MARCH 2, 2026 ORDER [DKT. NO. 29]**<br><br>Action filed:    June 19, 2025 |

# JOINT STATUS REPORT

On March 2, 2026, this Court issued an order granting the joint stipulation of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") (collectively, the "Parties") to stay of the present action pending the final resolution of the motion to quash of the Doe defendants (collectively, the "H3Snark Mods") in the miscellaneous action pending before the Northern District of California entitled *In re Subpoenas to Reddit, Inc. and Discord, Inc.* (N.D. Cal. Case No. 3:25-mc-80296-SK) (the "Motion to Quash Action"), which stay was subsequently revised to carve out a motion for partial judgment on the pleadings proceedings. *See* Dkt. Nos. 29, 32. Pursuant to the March 2, 2026 order, the Parties were required to submit a joint status report within fourteen (14) days of certain events, including if and when the H3Snark Mods would appeal any order issued in the Motion to Quash Action.

As discussed in the Parties' first status report, on April 29, 2026, the Honorable Sallie Kim issued an order denying the H3Snark Mods motion to quash TEI's subpoenas to Reddit, Inc. and Discord, Inc. and the H3Snark Mods request for a protective order (the "4/29/26 Order"). *See* Dkt. No. 40.

On May 29, 2026, the H3Snark Mods initiated two appeals of the 4/29/26 Order. First, the H3Snark Mods filed a Notice of Appeal in the Motion to Quash Action – which initiated an appeal entitled *Ted Entertainment, Inc. v. Doe Defendants* (9th Cir. Case No. 26-3553). Second, the H3Snark Mods filed a Petition for Writ of Mandamus in a matter entitled *Doe Defendants v. United States District Court for the Northern District of California, San Francisco* (9th Cir. Case No. 26-3513).

/ / /

/ / /

/ / /

/ / /

SECOND JOINT STATUS REPORT PURSUANT TO THE COURT'S MARCH 2, 2026 ORDER [DKT. NO. 29]

Dated: June 10, 2026                    **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted
Entertainment, Inc.


Dated: June 10, 2026                    **FROST LLP**

By  /s/ Benjamin Kassis
BENJAMIN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant
Alexandra Marwa Saber p/k/a
Denims

### L.R. 5-4.3.4 Attestation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3

SECOND JOINT STATUS REPORT PURSUANT TO THE COURT'S MARCH 2, 2026 ORDER [DKT. NO. 29]