Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10,<br><br>                    Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**JOINT STIPULATION RE: (1) DISMISSAL OF THE "COUNTDOWN EPISODE" CLAIM WITHOUT PREJUDICE; AND (2) DEFERRING DEADLINE FOR MOTION FOR ATTORNEYS' FEES UNTIL AFTER APPEAL**<br><br>Action filed:    June 19, 2025 |

---

JOINT STIPULATION RE: (1) DISMISSAL OF "COUNTDOWN EPISODE" CLAIM WITHOUT PREJUDICE; AND (2) DEFERRING DEADLINE FOR MOTION FOR ATTORNEYS' FEES UNTIL AFTER APPEAL

**WHEREAS**, plaintiff Ted Entertainment, Inc. ("TEI") commenced this action by filing its complaint ("Complaint") on June 19, 2025 alleging: (1) direct copyright infringement against defendant Alexandra Marwa Saber p/k/a Denims ("Denims"); and (2) contributory copyright infringement against Does 1-10 (the "H3Snark Mods") (Dkt. No. 1);

**WHEREAS,** the Complaint alleged two of TEI's works were infringed: (1) *Content Nuke: Hasan Piker* ("The Nuke"); and (2) *The H3 Show #104 – Countdown to Doomsday* ("Countdown Episode");

**WHEREAS,** on April 17, 2026, Denims filed a motion for judgment on the pleadings as to The Nuke only (Dkt. No. 35) (the "Motion");

**WHEREAS,** on June 29, 2026, this Court granted the Motion and gave Denims seven days to file a proposed judgment (Dkt. No. 45) (the "Order");

**WHEREAS,** there still exists in the Complaint a claim for direct copyright infringement against Denims as to the Countdown Episode;

**WHEREAS,** TEI and Denims (collectively, the "Parties") have agreed to stipulate to dismissal of the claim of direct copyright infringement as to the Countdown Episode against Denims without prejudice pursuant to FRCP 41(a)(1)(A)(ii);

**WHEREAS,** pursuant to FRCP 54(d)(1), Denims has fourteen days after entry of judgment to file a motion for attorneys' fees and costs;

**WHEREAS,** TEI intends to file a notice of appeal of the Order; and

**WHEREAS,** to avoid duplicative or potentially unnecessary motion practice and for purposes of judicial economy, TEI and Denims have reached a stipulation to defer the deadline for the filing of Denims' motion for attorneys' fees and costs in this action to until 30 days after all appeals of the order have been exhausted, with Denims reserving all rights with respect to such attorneys' fees and costs.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that: (1) TEI's claim of direct copyright infringement as to

2

the Countdown Episode against Denims is hereby dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii); and (2) the deadline for Denims to file her motion for attorneys' fees and costs in this action shall be 30 days following the conclusion of appellate proceedings.

**SO STIPULATED AND AGREED.**

Dated: July 6, 2026                    **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted
Entertainment. Inc.

Dated: July 6, 2026                    **FROST LLP**

By  /s/ Benjamin Kassis
BENJAMIN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant
Alexandra Marwa Saber p/k/a
Denims

## L.R. 5-4.3.4 Attestation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3