UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation , | Case No. 2:25-cv-05564-WLH-PD |
| Plaintiff, | *Hon. Wesley L. Hsu* |
| vs. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: (1) DISMISSAL OF THE "COUNTDOWN EPISODE" CLAIM WITHOUT PREJUDICE; AND (2) DEFERRING DEADLINE FOR MOTION FOR ATTORNEYS' FEES UNTIL AFTER APPEAL** |
| ALEXANDRA MARWA SABER p/k/a DENIMIS, an individual and DOES 1 to 10, | |
| Defendant. | |

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: (1) DISMISSAL OF "COUNTDOWN EPISODE" CLAIM WITHOUT PREJUDICE; AND (2) DEFERRING DEADLINE FOR MOTION FOR ATTORNEYS' FEES UNTIL AFTER APPEAL

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation Re: (1) Dismissal of the "Countdown Episode" Claim Without Prejudice; and (2) Deferring Deadline for Motion for Attorneys' Fees Until After Appeal (the "Stipulation"), by and between by Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") and Plaintiff Ted Entertainment, Inc. ("TEI") (the "Stipulation"), and for good cause shown, the Court hereby rules as follows:

1.    The Stipulation is GRANTED;

2.    The deadline for Denims to file her potential motion for attorneys' fees and costs shall be continued until 30 days after all appeals of this Court's June 29, 2026 order are exhausted.

DATE: _____        _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: (1) DISMISSAL OF "COUNTDOWN EPISODE" CLAIM WITHOUT PREJUDICE; AND (2) DEFERRING DEADLINE FOR MOTION FOR ATTORNEYS' FEES UNTIL AFTER APPEAL