BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10,<br><br>                    Defendants. | Case No. 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**<br><br>Action filed:    June 19, 2025 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's June 29, 2026 Order Re Defendant's Motion for Judgment on the Pleadings (Dkt. No. 45), Defendant Alexandra Marwa Saber p/k/a Denims hereby lodges the Proposed Judgment filed concurrently with this Notice.

DATED:  July 6, 2026                    FROST LLP


                                        By:      /s/ Benjamin Kassis
                                                BENJAMIN KASSIS
                                                BENJAMIN GRUSH
                                                DAVID TIRATURYAN
                                                Attorneys for Defendant
                                                ALEXANDRA MARWA SABER p/k/a
                                                DENIMS

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically generate and send notice of this filing to all attorneys of record who have appeared in this case and who are registered users of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

DATED:  July 6, 2026                    FROST LLP

By:      /s/ Benjamin Kassis
          BENJAMIN KASSIS
          Attorneys for Defendant
          ALEXANDRA MARWA SABER p/k/a
          DENIMS