UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., | Case No. 2:25-cv-05564-WLH-PD |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF THE "COUNTDOWN EPISODE" CLAIM AND DEFERRING DEADLINE FOR MOTION FOR ATTORNEYS' FEES [46]** |
| vs. | |
| ALEXANDRA MARWA SABER et al., | |
| Defendants. | |

# **ORDER**

Upon consideration of the Joint Stipulation, and finding good cause therefor, the Court hereby rules as follows:

1.  Plaintiff's claim of direct copyright infringement as to the Countdown Episode against Denims is hereby **DISMISSED** without prejudice, pursuant to FRCP 41(a)(1)(A)(ii); and

2.  The deadline for Defendants to file the potential motion for attorneys' fees and costs shall be continued until 30 days after all appeals of this Court's June 29, 2026 order are exhausted.

DATE:   July 13, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE