## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Central District of California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:25-cv-05564-WLH-PD

     Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: June 19, 2025

Date of judgment or order you are appealing: July 13, 2026

Docket entry number of judgment or order you are appealing: 49

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Ted Entertainment, Inc.

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:                    State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Rom Bar-Nissim          **Date** August 4, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                    *Rev. 06/09/2022*

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**
**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Ted Entertainment, Inc.

Name(s) of counsel (if any):

Rom Bar- Nissim

Address: | 1801 Century Park East, Ste. 2400, Los Angeles, CA 90067

Telephone number(s): | 310 432 2836

Email(s): | Rom@HeahBarNissim.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Alexandra Marwa Saber p/k/a Denims

Name(s) of counsel (if any):

Benjamin Kassis; Benjamin Grush

Address: | 10960 Wilshire Blvd., Ste. 2100, Los Angeles, CA 90024

Telephone number(s): | 424 254 0441

Email(s): | Ben@FrostLLP.com; BGrush@FrostLLP.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                              *New 12/01/2018*